lant to abide event. Held, that the court erred in refusing to charge as requested " that upon the evidence in this case the defendant did not maintain any faulty construction for which it is liable, either in the elevators themselves or in the walls or openings or the plan and design of the same." All concurred.

Julius Schwartz, Respondent, v. Hooker Electro-Chemical Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Fred P. Meister, Respondent, v. Thomas W. Egan, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

William S. Gotshall, Appellant, v. Pennsylvania Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

The City of Utica, Appellant, v. Utica Curling Club, Respondent.— Motion to dismiss appeal granted unless appellant file and serve printed papers and briefs on appeal on or before February 20, 1916.

Frank W. Maloney and Others, Appellants, v. Margaret M. Rampfield, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Antonio La Valle, Respondent, v. Hinckley Construction Company, Appellant.— Motion to dismiss appeal granted unless appellant files and serves printed papers and briefs on the appeal within fifteen days and is ready to argue the appeal at the opening of the March term.

John McCauley, Appellant, v. Walter Stafford and Another, Respondents.— Motion to dismiss appeal granted unless appellant files and serves the printed papers and briefs on the appeal on or before the 20th day of February, 1916, and is ready to argue the appeal at the opening of the March term.